# IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY COUNSEL, : No. 2190 Disciplinary Docket No. 3
Petitioner :
: No. 75 DB 2015
v. :
: Attorney Registration No. 62923
MARK B. PEDUTO, :
Respondent : (Allegheny County)

## O R D E R

**PER CURIAM:**

**AND NOW**, this 16th day of July, 2015, upon consideration of the Recommendation of the Disciplinary Board dated July 2, 2015, it is hereby

ORDERED that Mark B. Peduto is placed on temporary suspension pursuant to Pa.R.D.E. 208(f)(5), until further definitive action by this Court. It is further ORDERED that Respondent shall comply with the provisions of Pa.R.D.E. 217.

This Order constitutes an imposition of public discipline within the meaning of Pa.R.D.E. 402, pertaining to confidentiality.